UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MYTEE PRODUCTS, INC., | ) | Civil No. 06-CV-1854-L(CAB) |
| Plaintiff, | ) ) | **ORDER GRANTING REQUEST FOR STATUS CONFERENCE and** |
| v. | ) ) | **SETTING TELEPHONIC STATUS CONFERENCE FOR JUNE 4, 2007** |
| HARRIS RESEARCH, INC., | ) | **[doc. #33]** |
| Defendant. | ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) | |

Good cause appearing, **IT IS ORDERED** granting the parties' joint request for status conference [doc. #33]. **IT IS FURTHER ORDERED** setting a telephonic status conference for June 4, 2007 at 11:00 a.m. Plaintiff shall initiate the conference call.

**IT IS SO ORDERED.**

DATED: May 24, 2007

M. James Lorenz
United States District Court Judge

. . .

. . .

. . .

06cv1854

1  COPY TO:

2  HON. CATHY ANN BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE
3

4  ALL PARTIES/COUNSEL